AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
Feb 10 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAVIER ANTONIO RAMIREZ, | ) | Case No.   3-23-mj-70141 MAG |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 3, 2023   in the county of   Contra Costa   in the   Northern   District of   California  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1: 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography |

• Mandatory minimum of 5 years' imprisonment (18 U.S.C. § 2252(b)(1));
• Maximum of 20 years' imprisonment (18 U.S.C. § 2252(b)(1));
• Maximum $250,000 fine (18 U.S.C. § 3571);
• Between five years and lifetime supervised release (18 U.S.C. § 3583(k));
• $5,100 special assessment (typical $100 special assessment under 18 U.S.C. § 3013 and
• An additional $5,000 special assessment under 18 U.S.C. § 3014(a)(3) because the crime relates to sexual exploitation of children).

This criminal complaint is based on these facts:

Attached Affidavit of HSI TFO Darryl J. Holcombe.

☑ Continued on the attached sheet.

Approved As To Form:

*/s/ Kelly I. Volkar*
AUSA KELLY I. VOLKAR

Sworn to before me by telephone.

Date:   02/10/2023

City and state:   San Francisco, CA

*/s/ Darryl J. Holcombe*
*Complainant's signature*

Darryl J. Holcombe, HSI TFO
*Printed name and title*

*Judge's signature*

Hon. Laurel Beeler, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Darryl J. Holcombe, a Task Force Officer with Homeland Security Investigations, do swear and affirm as follows:

### INTRODUCTION AND AGENT EXPERIENCE

1. This affidavit is made in support of a Criminal Complaint and Arrest Warrant charging Javier Antonio RAMIREZ (RAMIREZ) with one count of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2). The statements contained in this affidavit are based on my experience and training as a Senior Inspector with the Contra Costa County District Attorney's Office and Task Force Officer with Homeland Security Investigations, information I have gathered in my investigation, my personal observations, and the information provided to me by other law enforcement officers. I believe these sources to be reliable. Because this affidavit is being submitted for the limited purpose of this criminal complaint and securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that on or about January 3, 2023, in the Northern District of California, RAMIREZ violated 18 U.S.C. § 2252(a)(2). Further, my understanding of the significance of certain events and facts may change as the investigation progresses.

2. I am a Senior Inspector with the Contra Costa County District Attorney's Office, assigned to the Sexual Assault Unit. I have been assigned to the Sexual Assault Unit since approximately 2015. I also serve as a Task Force Officer with the United States Department of Homeland Security, Homeland Security Investigations. I have been employed with the Contra Costa County District Attorney's Office since November 2011. Prior to that, I was a police officer with the City of Concord for eleven years. I attended a basic police academy in 1999 at the Los Medanos Police Academy.

3. I am also currently assigned to the Internet Crimes against Children Task Force. I monitor peer-to-peer and file sharing programs and investigate individuals downloading and

sharing child pornography and committing other sexual crimes against children.  I have participated in over 100 such investigations.  Through my work in these investigations, as well as my discussions with other experienced agents, I have experience in estimating the approximate ages of individuals (including those under the age of 18) depicted in photographs and videos.  I have received advanced training in computer crimes and peer-to-peer file sharing programs.  I have also received training in child pornography and child exploitation offenses, and through both this training and my prior work, have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256).  I have personally participated in the execution of numerous search warrants, including the search, seizure, and analysis of data stored within a computer and other electronic media.  I have received various training in investigating and enforcing federal child pornography and exploitation laws in which computers are used as the means for receiving, transmitting, distributing, storing, and possessing images of minors engaged in sexually explicit conduct.  As a Senior Inspector with the District Attorney's Office, I have also participated in criminal investigations relating to identity theft, counterfeit identification, counterfeit currency, counterfeit checks, bank fraud, wire fraud, access device fraud, and electronic crimes involving computers.

4. As a state law enforcement agent, I am authorized to investigate violations of state law and to execute warrants issued under the authority of the State of California.  I am also cross designated as a federal officer with Homeland Security Investigations.  I am authorized to make probable cause arrests without a warrant for violations of United States law.  I am authorized to serve search and arrest warrants issued under the authority of the United States.  Therefore, I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses of Federal law, including for child pornography offenses.

## APPLICABLE LAW

5. 18 U.S.C. § 2252(a)(2) provides that any person who knowingly receives, or distributes, any visual depiction using any means or facility of interstate or foreign commerce or

that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct.

## FACTS IN SUPPORT OF PROBABLE CAUSE

6. Javier Antonio RAMIREZ is a 28-year-old adult resident of Contra Costa County, which is within the Northern District of California.

7. On January 13, 2023, the Contra Costa County Sheriff's Office responded to a report made by a school employee of a student suffering from a suspected drug overdose at a high school in Contra Costa County. The 17-year-old female student, herein referred to as Minor Victim 1, "MV1," was located in the girl's bathroom. A school nurse administered multiple doses of Narcan to MV1 in an attempt to save her life. Officers located drug paraphernalia in the bathroom stall consistent with the ingestion of fentanyl. MV1 was conscious when officers arrived and was subsequently transported to a local hospital for treatment.

8. While interviewing witnesses and individuals connected with the investigation, Detective Brendon Barckley learned that MV1 had been supplied fentanyl by RAMIREZ. Specifically, law enforcement learned that someone by the name of "Lucky" or potentially "Lucky ramirez" was the person who provided MV1 with fentanyl. Subsequently, Contra Costa Sheriff's Sergeant Amanda Sears conducted research on social media in an attempt to identify "Lucky" or "Lucky ramirez". Sergeant Sears and Detective Barckley found two accounts on Instagram that were associated with these names and had pictures of RAMIREZ. One of the accounts was a public profile, allowing anyone with an Instagram profile to view posts made to the account, which had an image of a young female and was suggestive of the female performing oral sex. MV1 later confirmed for law enforcement that this was an image of her taken by

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.

3

RAMIREZ while she was performing oral sex on RAMIREZ. RAMIREZ has multiple prior state felony convictions, including assault with a firearm on a person and sexual intercourse with a minor who is more than three years younger than the perpetrator.

9. On or about February 1, 2023, MV1's mother made a phone call to RAMIREZ while law enforcement was present and recorded the call. RAMIREZ acknowledged that MV1 was a minor. RAMIREZ acknowledged he was having sex with MV1 in December 2022 when MV1's father caught them. RAMIREZ told MV1's mother he would wear a condom when they had sex. RAMIREZ denied giving drugs to MV1.

10. On February 7, 2023, MV1 informed law enforcement in an interview that RAMIREZ provided her with fentanyl and that she had previously had sexual intercourse with RAMIREZ. Specifically, MV1 said she met RAMIREZ in September 2022 when he sent her a direct message on Instagram. MV1 said she would purchase cocaine from him. MV1 said RAMIREZ started to "like" her so he would lower his drug prices for her. MV1 said she first had sex with RAMIREZ in November 2022. MV1 said RAMIREZ would drive her to San Francisco and purchase fentanyl. MV1 said one time when they went to San Francisco to purchase fentanyl, RAMIREZ had his small child with him and smoked fentanyl in the immediate vicinity of the child. MV1 also said on January 13, 2023, RAMIREZ drove her to San Francisco to purchase fentanyl and then she went to school later that day, consumed the fentanyl and overdosed.

11. MV1 informed law enforcement during her interview that RAMIREZ took photos or videos at certain times while they were engaged in sexual intercourse or oral sex. For example, MV1 described an encounter with RAMIREZ in which she was performing oral sex on him and the description of that image is consistent with the image located on the public Instagram page belonging to RAMIREZ (described above). MV1 also identified specific tattoos on RAMIREZ's hand and stomach area that match tattoos shown in images described below.

12. On or about February 1, 2023, MV1's mother came to the Sheriff's Office and turned over MV1's iPhone to Detective Barckley. On or about February 2, 2023, the Honorable Charles Treat, Superior Court Judge for Contra Costa County, issued a search warrant authorizing law enforcement to search MV1's phone.

13. On February 7, 2023, I reviewed files from MV1's iPhone and observed the following video that based on my training and experience, I believe depicts a minor engaged in sexually explicit conduct:

**File name: img_0402**
Description: This video is 41 seconds long and depicts MV1 laying on her back, nude from the waist down and her face visible to the camera. An adult male is engaged in sexual intercourse with her. Based on the angle of the video, I believe RAMIREZ was holding the phone at the time. I observed a tattoo on the stomach of the male that reads, "MOB," and a small tattoo on his right hand (these tattoos were later confirmed by MV1 to belong to RAMIREZ).

14. I examined the date and time the video described above was created, along with the GPS coordinates the iPhone captured at the time it was taken. The video was taken on or about December 8, 2022, at 1214 hours. The GPS coordinates reflect MV1's home address in Contra Costa County. MV1 was 16 years old at the time the video was produced.

15. On February 2, 2023, Detective Barckley arrested RAMIREZ on an unrelated outstanding arrest warrant from Alameda County. Law enforcement seized an iPhone 12 from RAMIREZ when he was arrested.

16. On February 8, 2023, the Honorable Laurel Beeler, United States Magistrate Judge for the Northern District of California, issued a search warrant (case # 23-mj-70133 LB), which authorized law enforcement to search images and videos on RAMIREZ's iPhone depicting sexually explicit conduct involving MV1.

17. On or about February 9, 2023, I reviewed files from the iPhone 12 that had been seized from RAMIREZ during his arrest. In addition to other files on the phone, I viewed the file named below, which RAMIREZ received on or about January 3, 2023. Based on my

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.

5

training and experience, I believe this file depicts a minor engaged in sexually explicit conduct and the contents of the file are described hereafter:

**File name: 93D73AB6.MP4**
Description: This video is 8 minutes and 55 seconds and depicts a pre-pubescent girl who appears to be approximately 6-8 years old. The minor is on a bed and removes her clothing. An adult male is seen moving her legs apart exposing her vagina to the camera. The male puts liquid onto his penis and then inserts his penis into vagina. The male ejaculates onto her buttocks.

18. I reviewed an image on RAMIREZ's iPhone 12 depicting him engaged in sexually explicit conduct with MV1. This image was created on or about December 13, 2022.

**File name: img_0503**
Description: This image depicts MV1 on her back nude from the waist down with her legs spread. Her face is visible in the image. RAMIREZ has his penis inserted into her vagina. A small tattoo consistent with RAMIREZ is visible in the image.

19. On RAMIREZ's iPhone 12, I observed images of him with the tattoos depicted in the images and videos mentioned above.

20. I reviewed a series of messages on the Telegram application on RAMIREZ's iPhone 12 from on or about October 23, 2022, indicating he wanted to purchase child sexual abuse material. The following screenshot was taken from a chat application on RAMIREZ's iPhone 12. RAMIREZ types, "cp?" Based on my training and experience I know the term "cp" stands for child pornography.

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.



21.     On February 9, 2023, the Honorable Laurel Beeler, United States Magistrate Judge for the Northern District of California, issued an additional search warrant permitting law enforcement to further examine the contents of RAMIREZ's phone (case # 23-mj-70133 LB).

22.     I located GPS location history on RAMIREZ's phone from January 13, 2023, indicating that in the early morning hours, the phone was in San Francisco and subsequently in

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.

Lafayette. This is consistent with the statement MV1 provided about their activities that morning.

23. I have reviewed criminal history reports for RAMIREZ. On or about March 3, 2015, in Contra Costa County Supervisor Court, RAMIREZ was convicted of a felony violation of California Penal Code section 261.5(c), unlawful sexual intercourse with a minor who is more than three years younger than the perpetrator. These crimes occurred on or about March 23, 2014, in Concord, California. The victim in the case was 13 years old.

## CONCLUSION

24. Based on the aforementioned facts and information, there is probable cause to believe that on or about January 3, 2023 in the Northern District of California, RAMIREZ knowingly received a visual depiction of a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ *Darryl J. Holcombe*
DARRYL J. HOLCOMBE
Task Force Officer, Homeland Security
Investigations

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P 4.1 on this 10th day of February 2023.

HON. LAUREL BEELER
United States Magistrate Judge
Northern District of California

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.