Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone   209.414.3266
Facsimile    209.414.3268
Attorneys for Defendant JAVIER ANTONIO RAMIREZ

FILED
JUL - 7 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER ANTONIO RAMIREZ,<br><br>Defendant. | Case No.: 4:23-cr-00073-JST<br><br>MOTION FOR WITHDRAWAL AS COUNSEL, ORDER FINDING DEFENDANT INDIGENT AND FOR THE APPOINTMENT OF COUNSEL |

**MOTION FOR WITHDRAWAL AS COUNSEL, FOR ORDER FINDING DEFENDANT**

**INDIGENT AND FOR THE APPOINTMENT OF COUNSEL**

COMES NOW counsels Mary Ann F. Bird and David S. Van Dyke, Bird & Van Dyke, Inc. A Professional Law Corporation, who hereby move to withdraw as counsels pursuant to Civil Local Rule 11-5 for the following reasons:

1. Defendant Javier Antonio Ramirez has terminated the services of his counsels based on the breakdown of the attorney client relationship and is requesting the appointment of the Federal Public Defender.

2. Counsel Mary Ann F. Bird informed AUSA Kelly Volkar of the termination of services on June 21, 2023.

BIRD & VAN DYKE, INC.
MOTION TO WITHDRAW - FEDERAL
PAGE: 1

3. Undersigned counsel contacted the Federal Public Defender, Oakland, giving notice of the impending request by Mr. Ramirez to be made on June 23, 2023.

4. Funding for legal services were borne solely by members of the Ramirez family. Defendant did not provide any money for the payment of his legal fees.

5. Family members have informed Ms. Bird that funds are exhausted and they are unable to retain new private counsel for Defendant.

6. Defendant is unable to afford legal representation and requests indigent status for purposes of these proceedings against him.

7. As evident from the nature of the allegations and the record of this case, this matter is extended and complex, requiring the ongoing attention and preparation of defense counsel. As such, Defendant requests the appointment of the Federal Public Defender to his matter.

Respectfully submitted,

Dated June 22, 2023    \_/s/ Mary Ann F. Bird_____

Counsel for Defendant Javier Antonio Ramirez

\_/s/ David S. Van Dyke_____

Counsel for Defendant Javier Antonio Ramirez

**ORDER**

**IT IS SO ORDERED.**

DATED: July 7, 2023

_____
HONORABLE KANDIS A. WETMORE
UNITED STATES DISTRICT COURT JUDGE